Jocz *v.* Kness et ux., Appellants.

Argued April 9, 1957. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Allen N. Brunwasser,* for appellants.

*Max U. Applebaum,* for appellee.

OPINION PER CURIAM, July 25, 1957:

The judgment of the court below is affirmed on the opinion of Judge A. MARSHALL THOMPSON, as reported in 9 Pa. D. & C. 2d 51.